1004

[No. 1522-2.   Division Two.   August 14, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL DAVID MOBLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 1361, Robert J. Bryan, J., entered June 27, 1974. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Armstrong, C.J., and Pearson, J.

[No. 3039-1.   Division One.   August 18, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR REYES TIRANZONA, *Defendant*, LOUIS ANTONIO DONA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 66971, Robert W. Winsor, J., entered April 5, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2494-1.   Division One.   August 25, 1975.]

FRANCIS A. YATES, *Appellant*, v. W. R. STONE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 757982, Theodore S. Turner, J., entered August 3, 1973. *Reversed* by unpublished per curiam opinion.

[No. 2894-1.   Division One.   August 25, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. PHYLLIS SHERLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6324, Thomas G. McCrea, J., entered March 11, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and James, J.

[No. 1540-2.   Division Two.   August 27, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY RICHMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-4779, Robert J. Doran, J., entered June 20, 1974. *Dismissed* by unpublished per curiam opinion.